DANIEL MILLER, Appellant, v STATE OF NEW YORK, Respondent.

Submitted February 10, 2014; decided April 1, 2014

Motion for leave to appeal dismissed upon the ground that the paper sought to be appealed from is not a judgment or an

order from which an appeal to the Court of Appeals may be taken (*see* CPLR 5512 [a]).